

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00284-CV

| | | |
|---|---|---|
| DAVID MARK LOYD, Appellant | § | On Appeal from the 481st District Court |
| V. | § | of Denton County (21-6418-393) |
| | § | July 24, 2025 |
| KYMBERLY LOYD, Appellee | § | Memorandum Opinion by Justice Birdwell |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that David Mark Loyd shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Wade Birdwell
 Justice Wade Birdwell